UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────── X

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

RODNEY MORRISON;
CHAROLETTE MORRISON;

    *Defendants.*

───────────────────────────────── X

Case no. 2:20-cv-1528-JS-ARL

**AGREED JUDGMENT**

With the agreement of Plaintiff United States of America and Defendants Rodney Morrison and Charolette Morrison, set forth below, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, as follows**:**

Judgment is entered against Defendants Rodney Morrison and Charolette Morrison, jointly and severally, and in favor of Plaintiff United States of America, for unpaid federal income taxes (Form 1040), penalties, and interest for tax years 2000-2002, in the amount of $20,916,019.07, plus statutory additions from and after February 14, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. 1961(c), until the judgment is satisfied.

Additionally, judgment is entered against Defendant Rodney Morrison, and in favor of Plaintiff United States of America, for unpaid federal income taxes (Form 1040), penalties, and interest for tax years 2003-2006, in the amount of $29,061,438.98, plus statutory additions from and after February 14, 2020, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. 1961(c), until the judgment is satisfied.

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

Dated: _____

                                          Hon. Joanna Seybert
                                          U.S. District Judge

Agreed:

| | |
|---|---|
| */s/Bradley A. Sarnell* | */s/Richard Kestenbaum (with consent)* |
| BRADLEY A. SARNELL | RICHARD KESTENBAUM |
| U.S. Department of Justice, Tax Division | Kestenbaum & Mark LLP |
| PO Box 55 | 40 Cutter Mill Road |
| Washington, DC 20044 | Great Neck, NY 11021 |
| (202) 307-1038 | (516) 466-0410 |
| (202) 514-5238 (fax) | (516) 829-3729 |
| Bradley.A.Sarnell@usdoj.gov | RKestenbaum@kmtaxlaw.com |
| | |
| *Counsel for Plaintiff United States of America* | *Counsel for Defendants Rodney Morrison and Charolette Morrison* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of July, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all ECF filers.  There are no parties which require conventional service.

             */s/ Bradley A. Sarnell*
             BRADLEY A. SARNELL
             Trial Attorney
             United States Department of Justice, Tax Division